IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | VIOLATION NO. F4340059 |
| Plaintiff, | ) | 4:11 cb 3002 |
| | ) | |
| v. | ) | |
| | ) | |
| JERED P. KEARNS, | ) | MOTION TO DEVIATE FROM |
| | ) | FINE SCHEDULE |
| Defendant. | ) | |

COMES NOW the United States and moves this Court for an order authorizing a deviation from the fine schedule in the above-captioned matter. The collateral fine amount set forth on the face of the above noted violation notice is $175.00.

The parties desire to settle the above-captioned matter and, in recognition thereof, ask the court to reduce the collateral fine amount to $100.00. The undersigned represents to the court that the matter has been discussed with the U.S. Fish and Wildlife Service, and the proposed settlement adequately addresses the government's concerns and interests in this case. The undersigned further represents to the court that this matter has been discussed with the defendant and he is in agreement with this proposal.

Respectfully submitted,

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
      United States Attorney
      District of Nebraska

And: *(signature)*
      ALAN L. EVERETT #15387
      Assistant U. S. Attorney
      487 Federal Building
      100 Centennial Mall North
      Lincoln, Nebraska 68508
      Telephone: (402) 437-5241

### **ORDER**

IT IS SO ORDERED this 7th day of April, 2011.

BY THE COURT:

*(signature)*
CHERYL R. ZWART
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Alan L. Everett, hereby certify that a true and correct copy of the foregoing was served on the following by mailing same this ___7___ day of April, 2011.

Jered P. Kearns
707 Bordeaux Street
Chadron, NE 69337

ALAN L. EVERETT
Assistant U. S. Attorney